```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-16-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHAIN & FANTASIA, INC.,

      Plaintiff,

 - against -

CALLA FASHION CORP., et al.,

      Defendants.

ORDER

08 Civ. 7928 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on April 16, 2009, and to allow the Parties to complete settlement discussions,

**IT IS HEREBY ORDERED** that the following extended discovery dates are established:

1) Document discovery shall be completed on or before **May 29, 2009**;

2) Depositions shall be completed on or before **June 30, 2009.**

**IT IS FURTHER ORDERED** that the Parties appear for a conference with the Court on **June 16, 2009, at 10:00 a.m.**

**SO ORDERED this 16th day of April 2009**
**New York, New York**

*/s/ Ronald L. Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge